# United States District Court

---------------------------- DISTRICT OF KANSAS----------------------------

**DAVID J. REBEIN,**
**DANIEL B. GIROUX,**
**JUDY KRUEGER,**
**MICHAEL T. JILKA,**
**individually and on behalf of**
**all others similarly situated,**

        **Plaintiffs,**

v.                                                              Case No. 23-1245-DDC-ADM

**BP CANADA ENERGY**
**MARKETING CORP,**
**BP ENERGY COMPANY,**
**MACQUARIE ENERGY LLC,**
**TENASKA MARKETING**
**VENTURES,**
**SOUTHWEST ENERGY, L.P.,**
**MERCURIA ENERGY**
**AMERICA, INC.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiffs shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 95) filed on February 28, 2025.**

02/28/2025                                   SKYLER B. O'HARA
Date                                         CLERK OF THE DISTRICT COURT

                                             by: __s/ Megan Garrett_____
                                                    Deputy Clerk